# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Allen Medical Center, | : | Case No. 1:07CV3520 |
| Plaintiff | : | |
| v. | : | Magistrate Judge David S. Perelman |
| Jennifer A. Couglin, | : | **MEMORANDUM OPINION** |
| | : | **AND ORDER** |
| Defendant | : | |

This action was filed on November 12, 2007, and transferred to this Court's docket on February 8, 2008. This Court was advised by counsel soon after the mediation conducted by former Magistrate Judge Hemann on June 26, 2008 that the parties were working towards a settlement of this action, that same representation being made at least one time thereafter. It is now going on three months later, and the action remains unresolved.

This being so, this Court has determined to set October 31, 2008 as the terminal date for conclusion of all fact discovery.

If either party, contemplates using an expert this court and opposing counsel shall be notified of that fact with the expert identified, no later than October 24, 2008. In that event the report of such expert shall be provided to the adverse party no later than November 28, 2008, and expert discovery concluded by December 27, 2008.

If no experts are designated, in which case discovery will conclude on October 31, 2008, any dispositive motions shall be filed by November 28, 2008, with responses within thirty (30) days of

such filing and replies within ten (10) days thereafter.

If expert are designated motion practice shall commence on January 30, 2009.

This action shall be scheduled for trial within forty-five (45) days of the close of all discovery or the ruling upon dispositive motions if they are not conclusive upon all issues in the action.

**IT IS SO ORDERED**.

                                                  s/DAVID S. PERELMAN
                                                  United States Magistrate Judge

DATE:   September 10, 2008